**FREEMAN MATHIS & GARY, LLP**
PAUL A. BIGLEY / Bar No. 119462
pbigley@fmglaw.com
JOHN J. MOURA / Bar No. 82457
jmoura@fmglaw.com
550 South Hope Street, 22nd Floor
Los Angeles, California  90071-2627
(213) 615-7000; FAX (213) 615-7100

Attorneys for Defendant THE ULTIMATE SOFTWARE GROUP, INC. as successor-in-interest to KANJOYA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTANALEA DYROFF, individually and on behalf of the estate of WESLEY GREER, deceased,<br><br>            Plaintiff,<br><br>    vs.<br><br>EXPERIENCE PROJECT; KANJOYA, INC., and THE ULTIMATE SOFTWARE GROUP, INC.,<br><br>            Defendants. | CASE NO.  3:17-cv-05359-LB<br>Magistrate Judge Laura Beeler<br><br>**JOINDER OF DEFENDANT THE ULTIMATE SOFTWARE GROUP, INC. AS SUCCESSOR-IN-INTEREST TO KANJOYA, INC. IN THE MOTION BY THE ULTIMATE SOFTWARE GROUP, INC. TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>Date:     November 2, 2017<br>Time:    9:30 a.m.<br>Crtrm:   C-15th Floor |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 2, 2017, at 9:30 a.m., in Courtroom C, 15th Floor of the United States District Court for the Northern District of California, San Francisco Division, located at 450 Golden Gate Ave., San Francisco, California, 94102, before the Honorable Laura Beeler, Defendant THE ULTIMATE SOFTWARE GROUP, INC. as successor-in-interest to KANJOYA, INC., will and hereby does join in the motion of Defendant THE ULTIMATE SOFTWARE GROUP, INC. to this Court, pursuant to Federal Rules of Civil Procedure Rule 12(b)(6), for an order dismissing all of

1  the Causes of Action in the Complaint ("Complaint") filed by Plaintiffs KRISTANALEA
2  DYROFF, individually and on behalf of the estate of WESLEY GREER ("Plaintiffs").
3
4  DATED: September 22, 2017            FREEMAN MATHIS & GARY, LLP
5
                                        By: /s/ John J. Moura
6                                            Paul A. Bigley
7                                            John J. Moura

                                        Attorneys for Defendant
8                                       THE ULTIMATE SOFTWARE GROUP, INC.
                                        as successor-in-interest to KANJOYA, INC.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28