**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHAWN A. TOLIVER, SB# 148349
   Email: Shawn.Toliver@lewisbrisbois.com
DAVID E. RUSSO, SB# 112023
   Email: David.Russo@lewisbrisbois.com
JUSTIN S. KIM, SB# 255980
   Email: Justin.Kim@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendant THE ULTIMATE SOFTWARE GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTANALEA DYROFF, individually and on behalf of the estate of WESLEY GREER, deceased,<br><br>             Plaintiff,<br><br>      vs.<br><br>EXPERIENCE PROJECT; KANJOYA, INC., and THE ULTIMATE SOFTWARE GROUP, INC.,<br><br>             Defendants. | CASE NO.  3:17-cv-05359-LB<br><br>**DEFENDANT, THE ULTIMATE SOFTWARE GROUP, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>Date:     November 2, 2017<br>Time:    9:30 a.m.<br>Crtrm:  C, 15th Floor<br>**Magistrate Judge Laurel Beeler** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 2, 2017, at 9:30 a.m., in Courtroom C, 15th Floor of the United States District Court for the Northern District of California, San Francisco Division, located at 450 Golden Gate Ave., San Francisco, California, 94102, before the Honorable Laurel Beeler, Defendant, THE ULTIMATE SOFTWARE GROUP, INC. ("Defendant") will and hereby does move this Court, pursuant to Federal Rules of Civil Procedure Rule 12(b)(6), for an order dismissing the entire Complaint, including all of the Causes of Action and all named defendants in the Complaint ("Complaint") filed by Plaintiffs KRISTANALEA DYROFF, individually and on behalf of the estate of WESLEY GREER ("Plaintiffs").

Defendant's Motion is based on the following grounds:

1. Plaintiff's First (Negligence) Second (Wrongful Death), Third (Premises Liability), Fifth (Civil Conspiracy), Sixth (Unjust Enrichment) and Seventh (Drug Dealer Liability Act) Causes of Action are barred by Section 230 of the Federal Communications Decency Act, 47 U.S.C. § 230 because Defendant is an interactive computer services provider and Plaintiff seeks to hold Defendant liable as a publisher of third party content;

2. Plaintiff's Fourth Cause of Action for Failure to Warn should be dismissed because a website is not in a special relationship with its users such that it owes a duty to warn of third party criminal conduct under California law;

3. Plaintiff's Fourth Cause of Action for Failure to Warn should be dismissed on the separate ground that, under California law, plaintiff assumed the risk of engaging in the obviously dangerous activity of purchasing and ingesting drugs from an anonymous Internet poster.

As discussed herein, Plaintiff's Complaint should be dismissed without leave to amend because there is no conceivable amendment by which Plaintiff can change the underlying factual allegations to avoid dismissal.

This Motion is based on this notice of Motion and Motion, the accompany Memorandum of Points and Authorities, all of the pleadings on file in this action, the argument of counsel presented at the hearing on the Motion, and such other and further evidence as the Court deems appropriate.

DATED: September 22, 2017         LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   */s/ David E. Russo*
Shawn A. Toliver
David E. Russo
Justin S. Kim
Attorneys for Defendant
THE ULTIMATE SOFTWARE GROUP, INC.

