Sin-Ting Mary Liu
CA Bar Number 282884
Aylstock, Witkin, Kreis & Overholtz, PLLC
875-A Island Drive #144
Alameda, CA 94502
Phone: 510-698-9566
Fax: 760-304-8933
Email: mliu@awkolaw.com

Bryan Aylstock
FL Bar Number 78263
17 East Main Street
Suite 200
Pensacola, FL 32502
Phone: 850-202-1010
Fax: 850-916-7449
Email: baylstock@awkolaw.com
*Pro hac application to be filed*

David Slade (*pro hac vice*)
Carney Bates & Pulliam, PLLC
519 W. 7th St.
Little Rock, AR 72201
Phone: 501.312.8500
Fax: 501.312.8505
Email: dslade@cbplaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTANALEA DYROFF, individually and on behalf of the estate of WESLEY GREER, deceased<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>THE ULTIMATE SOFTWARE GROUP, INC.,<br><br>　　　　　　Defendants. | Case No. 3:17-cv-05359-LB<br><br>**PLAINTIFF'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT**<br><br>Judge: Hon. Laurel Beeler<br>Crtrm: C, 15th Floor |

1  Plaintiff Kristanalea Dyroff gives notice that she appeals to the United States Court of
2  Appeals for the Ninth Circuit from the Court's Final Judgment, Dkt. No. 32, entered on January
3  19, 2018, and from all opinions and orders that merge therein.
4  Plaintiff's Representation Statement is attached to this notice as required by Ninth Circuit
5  Rule 3-2(b).

6  DATED: February 2, 2018  **CARNEY BATES & PULLIAM, PLLC**

7  By:  */s/ David F. Slade*
   David F. Slade
8  519 W. 7th Street
   Little Rock, Arkansas 72201
9  501.312.8500 – T
   501.312.8505 – F
10 dslade@cbplaw.com

11  and

12  Sin-Ting Mary Liu
    Aylstock, Witkin, Kreis & Overholtz, PLLC
13  875-A Island Drive #144
    Alameda, CA 94502
14  510.698.9566 – T
    760.304.8933 – F
15  mliu@awkolaw.com

16  Bryan Aylstock
    FL Bar Number 78263
17  17 East Main Street, Suite 200
    Pensacola, FL 32502
18  Phone: 850-202-1010
    Fax: 850-916-7449
19  Email: baylstock@awkolaw.com

20  *Counsel for Plaintiff*

21

22

23

24

25

26

27

28

1

**REPRESENTATION STATEMENT**

The undersigned represent Plaintiff Kristanalea Dyroff and no other party.  Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiff submits this Representation Statement.  The following list identifies the parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, fax number (where available), and e-mail where appropriate.

Defendant-appellee The Ultimate Software Group, Inc. is represented by:

| | |
|---|---|
| David Eugene Russo<br>Lewis Brisbois Bisgaard & Smith LLP<br>333 Bush Street, Suite 1100<br>San Francisco, CA 94104<br>415-362-2580<br>Fax: 415-434-0882<br>Email: david.russo@lewisbrisbois.com | Shawn Adrian Toliver<br>Lewis Brisbois Bisgaard & Smith LLP<br>333 Bush Street<br>Suite 1100<br>San Francisco, CA 94104<br>415-362-2580<br>Fax: 415-434-0882<br>Email: shawn.toliver@lewisbrisbois.com |
| John Joseph Moura<br>Gilbert Kelly Crowley & Jennett LLP<br>550 South Hope St.<br>22nd Floor<br>Los Angeles, CA 90071<br>213-615-7000<br>Fax: 213-615-7100<br>Email: jmoura@fmglaw.com | Justin S. Kim<br>Lewis Brisbois Bisgaard & Smith LLP<br>333 Bush Street<br>Suite 1100<br>San Francisco, CA 94104<br>415-362-2580<br>Fax: 415-434-0882<br>Email: justin.kim@lewisbrisbois.com |

Dated:  February 2, 2018            **CARNEY BATES & PULLIAM, PLLC**

By:   */s/ David F. Slade*
         David F. Slade
         519 W. 7th Street
         Little Rock, Arkansas 72201
         501.312.8500 – T
         501.312.8505 – F
         dslade@cbplaw.com

         and

         Sin-Ting Mary Liu
         Aylstock, Witkin, Kreis & Overholtz, PLLC
         875-A Island Drive #144
         Alameda, CA 94502
         510.698.9566 – T
         760.304.8933 – F
         mliu@awkolaw.com

Bryan Aylstock
FL Bar Number 78263
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: 850-202-1010
Fax: 850-916-7449
Email: baylstock@awkolaw.com

*Counsel for Plaintiff*